**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No.  15-CR-00438-REB**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. ERNESTINE MARYANN MARTINEZ,**

**Defendant.**

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant has filed a Notice of Disposition and Consent of Defendant, and

**IT IS HEREBY ORDERED** that this matter is set for a Change of Plea Hearing before the Magistrate Judge in Durango, Colorado on January 5, 2016 at 3:00 p.m.

**DATED: December 18, 2015.**

                        **BY THE COURT:**

                        **s/David L. West
United States Magistrate Judge**